1 | ALAYA B. MEYERS, Bar No. 199551
ameyers@littler.com
2 | P. DUSTIN BODAGHI, Bar No. 271501
dbodaghi@littler.com
3 | LITTLER MENDELSON, P.C.
2050 Main Street
4 | Suite 900
Irvine, CA 92614
5 | Telephone: 949.705.3000
Facsimile: 949.724.1201
6 |
7 | Attorneys for Defendant
BEAZER HOMES HOLDINGS, LLC (F/K/A
BEAZER HOMES HOLDINGS CORP.)
8 |

9 | UNITED STATES DISTRICT COURT

10 | CENTRAL DISTRICT OF CALIFORNIA

11 | DAVID MAXSON,                    Case No. 8:17-CV-0583 DOC (AFMx)

12 |          Plaintiff,              **ORDER GRANTING JOINT
                                      STIPULATION FOR DISMISSAL
13 | v.                               WITH PREJUDICE [25]**

14 |
BEAZER HOMES HOLDINGS
15 | CORP.; BEAZER HOMES
HOLDINGS CORP. dba BEAZER
16 | HOMES; BEAZER HOMES; and
DOES 1 through 100, Inclusive,
17 |
          Defendants.
18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Firmwide:154028532.1 075999.1012

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that the above-entitled action is dismissed with prejudice. The parties shall each bear their own respective costs and attorneys' fees.

Dated:_____April 13_____, 2018

_David O. Carter_

DAVID O. CARTER
U.S. District Judge

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Firmwide:154028532.1 075999.1012